UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN JANEK, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARRIER IQ, INC., HTC, INC. and )<br>HTC AMERICA, INC., )<br>)<br>Defendants. ) | Case No. 11-CV-8564 |

### JURY DEMAND

Plaintiff(s) demand trial by jury on all issues.

        Respectfully submitted

        HOLLAND, GROVES, SCHNELLER
        & STOLZE, LLC

        /s/ Eric D. Holland
        Eric D. Holland, #6207110
        Steven J. Stolze, #6203254
        Steven L. Groves, #6211737
        300 N Tucker, Suite 801
        St. Louis, Missouri 63101
        Telephone: 314.241.8111
        Facsimile: 314.241.5554
        Email: eholland@allfela.com
              stevenstolze@sbcglobal.net
              sgroves@allfela.com

BOLEN, ROBINSON & ELLIS, LLP
Jon D. Robinson
Christopher M. Ellis
Shane M. Mendenhall
202 South Franklin Street, 2nd Floor
Decatur, Illinois 62523
Telephone: 217.429.4296
Facsimile: 217.329.0034
Email: jrobinson@brelaw.com
cellis@brelaw.com
smendenhall@brelaw.com

LEVIN, FISHBEIN, SEDRAN & BREMAN
Charles Schaffer
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215)592-1500
Facscimile: (215)592-4663
Email: cschaffer@lfsblaw.com